# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VANDAMME V. JEANTY | § |
| | §   Civil Action No. 4:19-CV-366 |
| v. | §   (Judge Mazzant/Judge Nowak) |
| | § |
| TXFM, INC., ET AL. | § |
| | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2021, the report of the Magistrate Judge (Dkt. #227) was entered containing proposed findings of fact and recommendations that Defendants The Colony Police Department, City of The Colony, David Coulon, Jason Stevens, Denton County, Texas, Denton County Criminal District Attorney's Office, Michael Dickens, Sheriff Tracy Murphree, Kelly R. Goodness, TXFM, Inc., Edward Lipsett, and Casey McGregor's Motions for Entry of Final Judgment (Dkts. #199; #200; #201; #202; #203) be granted and (partial) final judgment be entered as to each of these defendants under Rule 54(b). Plaintiff, upon receipt of the report, requested an extension of time to file any objections (Dkt. #229). The Court granted Plaintiff's request (Dkt. #230); however, no objections were thereafter timely filed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants The Colony Police Department, City of The Colony, David Coulon, Jason Stevens, Denton County, Texas, Denton County Criminal District Attorney's Office, Michael Dickens, Sheriff Tracy Murphree, Kelly R. Goodness, TXFM, Inc., Edward Lipsett, and Casey McGregor's Motions for Entry of Final Judgment (Dkts. #199; #200; #201; #202; #203) are **GRANTED**.

**IT IS SO ORDERED**.

SIGNED this 10th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE