# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VANDAMME V. JEANTY § | |
| § | Civil Action No. 4:19-CV-366 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| TXFM, INC., ET AL. § | |
| § | |

**MEMORANDUM ADOPTING REPORT AND
<u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2021, the report of the Magistrate Judge (Dkt. #235) was entered containing proposed findings of fact and recommendations that Defendant Big Bubba's Bail Bond's Third Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #221) should be granted, and Plaintiff's remaining claims in the instant cause be dismissed.  Plaintiff requested an extension of time to file any objections (Dkt. #236).  The Court granted Plaintiff's request (Dkt. #237).

Having received the report of the Magistrate Judge, considered Plaintiff's Objection (Dkt. #238), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Big Bubba's Bail Bond's Third Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #221) is **GRANTED**.

It is further **ORDERED** that Plaintiff's claims against Defendant Big Bubba's Bail Bonds are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 17th day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE